IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

|  |  |  |
|---|---|---|
| TIMOTHY C. WEST, Signee for Mary E. Burks and Executor for Forest J. Burks, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 118-134 |
| BLOUNT COMPLETE HOME SERVICES and JIMMY BLOUNT, | ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion **DISMISSES** this case, and **CLOSES** this civil action.

SO ORDERED this 3rd day of October, 2018, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA